**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1165**

SHELIA Y. CRUTHIRDS,

                    Plaintiff – Appellant,

          v.

KAREN MILLER, Division Chief Child Youth School Age
Services/Directorate Family, Morale, Welfare and Recreation
(CYSS/DFMWR); JOHN M. MCHUGH, Secretary, Department of the
Army,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:13-cv-00849-BO)

Submitted:  April 16, 2015          Decided:  April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shelia Y. Cruthirds, Appellant Pro Se. Kimberly Ann Moore,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelia Y. Cruthirds appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cruthirds v. Miller, No. 5:13-cv-00849-BO (E.D.N.C. Feb. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED